NORMAN & SON, *contra.*

The bill in this case was filed by the appellee again the appellants; and sought to have certain deeds se aside and cancelled as void, and for an injunctio against the said T. K. Brantley and T. J. Brantley, an for such other and further relief as they might be en titled to. The chancellor granted the relief prayed fo Affirmed.

Opinion by McCLELLAN, J.

---

# State of Alabama v. McAlpine.

APPEAL from Talladega City Court.

Tried before the Hon. JOHN W. BISHOP.

W. C. FITTS, Attorney–General, for the State.

BROWNE & DRYER, for appellee.

The appellee, Rachael McAlpine, was arrested under warrant issued upon an affidavit charging her with a sault and battery. She made a motion in the city cou of Talladega to quash the complaint and the warrant arrest, and to strike the cause from the docket. Th motion was granted, and the appeal is taken by t State of Alabama from the judgment granting sa motion. Appeal dismissed.

PER CURIAM.

---

# The State of Alabama v. McAlpine.

APPEAL from Talladega City Court.

Tried before the Hon. JOHN W. BISHOP.

W. C. FITTS, Attorney–General, for the State.

J. B. NEWMAN, for appellee.

The appeal it this case was prosecuted by the State Alabama from a judgment rendered by the city court Talladega, granting the appellee's motion for an rest of a judgment of conviction against him, in which was convicted of carrying a pistol concealed about s person. Appeal dismissed.
PER CURIAM.

---

# Roebuck v. Adams.

APPEAL from Birmingham City Court, in Equity.

Heard before the Hon. H. A. SHARPE.

WHITE &. HOWZE and W. M. SPENCER, for appellant.

W. C. WARD, contra.

The bill in this case was filed by the appellant to have ancelled a deed which was executed to her daughter, nnie E. Adams, who had died subsequent to the execuon of the deed. The title to the land of decedent had ecome vested in the appellee, a half brother of the only on of Annie E. Adams. The appeal is from a decree f the court dismissing the bill. Affirmed.
Opinion by McCLELLAN, J.

---

# Waldrop v. The State.

APPEAL from Cherokee Circuit Court.

Tried before the Hon. J. A. BILBRO.